IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   SEP 12 2011

GREGORY C. LANGHAM
                CLERK
```

Civil Action No. 11-cv-02204-BNB

RUBY ELAINE CULPEPPER,

    Plaintiff,

v.

CITY OF CENTRAL, COLORADO, a Home Rule Municipal Corporation, and
COLORADO COACH TRANSPORTATION, LLC, a Colorado Limited Liability Company,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 12, 2011, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02204-BNB

Andrew Christopher Montoya
Colorado Cross-Disability Coalition
***ATTORNEY TO BE NOTICED***

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk