IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02204-LTB-MJW

RUBY ELAINE CULPEPPER,

    Plaintiff,

v.

CITY OF CENTRAL, COLORADO, a Home Rule Municipal Corporation, and COLORADO COACH TRANSPORTATION, LLC, a Colorado Limited Liability Company,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 14, 2011

                                            BY THE COURT:

                                            S/ Michael J. Watanabe
                                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02204-LTB-MJW

Andrew C. Montoya
Colorado Cross-Disability Coalition
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: City of Central, Colorado and Colorado Coach Transportation, LLC

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal for service of process on City of Central, Colorado and Colorado Coach Transportation, LLC: COMPLAINT FILED 08/23/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 16, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By:                           
                                                      Deputy Clerk