**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02204-LTB-MJW

RUBY ELAINE CULPEPPER,

       Plaintiff,

v.

CITY OF CENTRAL, COLORADO, a Home Rule Municipal Corporation, and
COLORADO COACH TRANSPORTATION, LLC, a Colorado Limited Liability Company,

       Defendants.

_____

**WITHDRAWAL OF ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____

       Upon further review of the file, the Order of Reference to Magistrate Judge Michael J. Watanabe (Doc 9) is WITHDRAWN.

                                                 BY THE COURT:

                                                   s/Lewis T. Babcock
                                                 Lewis T. Babcock, Judge

DATED:   October 24, 2011