IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02204-MSK-MJW

RUBY ELAINE CULPEPPER,

      Plaintiff,

v.

CITY OF CENTRAL, COLORADO, a Home Rule Municipal Corporation; and
COLORADO COACH TRANSPORTATION, LLC, a Colorado Limited Liability Company,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#26)** filed February 14, 2012.  The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 15th day of February, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge